Lauren M. Hausman, (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiffs
AUGUST IMAGE, LLC and
CREATIVE PHOTOGRAPHERS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC and CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYPE HAIR ENTERPRISES d/b/a HYPE HAIR MAGAZINE, <br><br> Defendant. | Civil Action No. 2:23-cv-05872-TJH-MRW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the

1

Federal Rules of Civil Procedure, plaintiffs August Image, LLC ("August Image") and Creative Photographers, Inc. ("CPI") (collectively, the "Plaintiffs") voluntarily dismiss the above-captioned action with each party to bear its own attorneys' fees and costs.

Dated: August 7, 2024.

By: /s/ Lauren M. Hausman
LAUREN M. HAUSMAN, ESQ.
Attorney for Plaintiffs
AUGUST IMAGE, LLC and
CREATIVE PHOTOGRAPHERS, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.